1
2
3
4
5
6
7

JS-6

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11  DAVON CAREY GRIFFITH,            Case No.  CV 14-03251-JVS (KES)

12                  Petitioner,

13          v.                        **JUDGMENT**

14  SANDRA ALFARO, Warden,

15                  Respondent.

16

17          Pursuant to the Court's Order Accepting Findings and Recommendations of

18  the United States Magistrate Judge,

19          IT IS ADJUDGED that the Petition is dismissed with prejudice.

20

21  DATED:  January 23, 2017

22

23          _____

24          JAMES V. SELNA
            UNITED STATES DISTRICT JUDGE

25

26

27

28